AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>Bhavesh Patel<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No.<br>2:17-MJ-00060-JTR |

*FILED IN THE*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

FEB 10 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 8, 2017** in the county of **Okanogan** in the
**Eastern** District of **Washington**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1325 | Improper Entry by Alien |

This criminal complaint is based on these facts:

See Affidavit of Eric Carlson, Border Patrol Agent-Intelligence

☑ Continued on the attached sheet.

*Complainant's signature*

Eric Carlson, Border Patrol Agent-Intelligence
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-10-17

*Judge's signature*

City and state: Spokane, Washington    John T. Rodgers, U.S. Magistrate Judge
*Printed name and title*